# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

**DEBORAH LAUFER, Individually,**

      **Plaintiff,**

v.

**GHANU INC., d/b/a GIBSON CITY INN, an Illinois Corporation,**

      **Defendant.**

Case No.: 2:20-cv-02308-CSB-EIL

## NOTICE OF VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case without prejudice pursuant to a settlement agreement entered into between the parties.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| /s/ *Kimberly A. Corkill* | /s/ Ronald S. Langacker |
| Kimberly A. Corkill, Of Counsel | Ronald S. Langacker, #6239469 |
| Thomas B. Bacon, P.A. | Attorney for Defendant |
| 644 North Mc Donald St. | Langacker Law, Ltd. |
| Mt. Dora, FL 32757 | 210 N. Broadway Ave. |
| ph. (954) 478-7811 | Urbana, Illinois 61801 |
| kimberlyatlaw@gmail.com | (217) 954-1025 |
| Florida Bar. Id. No. 84942 | ron@langackerlaw.com |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that May 25, 2021 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

                                              /s/*Kimberly A. Corkill*
                                                Attorney